# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

INGENUITY13 LLC

                      Plaintiff,

v.                                         Case No.: 1:12–cv–08027
                                            Honorable Sharon Johnson Coleman

John Doe

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 24, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Plaintiff's motion for discovery prior to the Rule 26(f) Conference [6] is stricken without prejudice.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.